The Honorable John C. Coughenour
The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| METROPOLITAN CASUALTY INSURANCE COMPANY as subrogee of ROBERT ESKRIDGE,<br><br>Plaintiff,<br><br>v.<br><br>YVONNE GRAY and the GRAY marital community composed thereof; UNITED STATES POSTAL SERVICE,<br><br>Defendants. | Case No. 2:22-cv-00241<br><br>STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL<br><br>Noted for Consideration:<br>March 7, 2022 |

## JOINT STIPULATION

COME now the parties hereto, by and through the undersigned counsel of record, and hereby stipulate that this action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Dismissal includes any and all claims, counterclaims, and crossclaims, whether for indemnity and/or contribution by and among the parties hereto, and any and all others, whether or not actually asserted to date.  Each party to bear their own fees and costs.

//

//

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
[2:22-cv-00241-JCC-SKV] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

DATED this 7th day of March, 2022.

| | |
|---|---|
| NICHOLAS W. BROWN<br>United States Attorney | ALLISON LAW GROUP |
| *s/ Erin K. Hoar*<br>ERIN K. HOAR, CA No. 311332<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington  98101-1271<br>Phone:  206-553-7970<br>Fax:  206-553-4067<br>Email: erin.hoar@usdoj.gov | *s/ Lisa Allison*<br>Lisa Allison, WSBA No. 33815<br>Allison Law Group<br>PO Box 2776<br>Gig Harbor, WA 98335<br>Telephone: (425) 361-3027<br>Email: allisonlawgroup@gmail.com |
| *Attorneys for Defendant United States Postal Service* | *Attorney for Plaintiff* |

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL
[2:22-cv-00241-JCC-SKV] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

The parties having so stipulated and agreed, it is hereby **ORDERED** that this action be dismissed with prejudice and without costs or fees to either party.

DATED this 7th day of March 2022.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL
[2:22-cv-00241-JCC-SKV] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970